# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

| | |
|---|---|
| **URBANIQUE PRODUCTION, et al.,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| **v.** ) | **CIVIL ACTION NO. 2:03cv1150-ID** |
| ) | **(WO)** |
| **THE CITY OF MONTGOMERY, et al.,** ) | |
| ) | |
| **Defendants.** ) | |

## FINAL JUDGMENT

In accordance with the prior proceedings, opinions and orders of the court, it is CONSIDERED, ORDERED and ADJUDGED that summary judgment be and the same is hereby ENTERED in favor of Defendants and against Plaintiffs on Plaintiffs' constitutional claims brought pursuant to 42 U.S.C. § 1983, and that the supplemental state law claims are hereby DISMISSED without prejudice pursuant to 28 U.S.C. § 1367(c)(3).

It is further CONSIDERED and ORDERED that all costs herein incurred be and the same are hereby TAXED against Plaintiffs, for which let execution issue.

DONE this 28th day of March, 2006.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE